# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

*FILED*

*MAR 29 2016*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA,

V.

C R16    0133

*MMC*

RUDY WILLIAM WYATT,

DEFENDANT(S).

# INDICTMENT

Title 18 U.S.C. § 661 - Theft Within Special Maritime and Territorial Jurisdiction (Class D Felony);
Title 18 U.S.C. § 662 - Receiving Stolen Property Within Special Maritime and Territorial Jurisdiction (Class E Felony);
Title 18 U.S.C. § 13 - Assimilating California Penal Code § 459 - Second Degree Burglary (Class A Misdemeanor)

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
_____

A true bill.

_____
Foreman

Filed in open court this __29th__ day of

__March, 29, 2016__.

_Karen L. Hom_    KAREN L. HOM
Clerk

Bail, $ _no bail arrest warrant_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*FILED*

MAR 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

18 U.S.C. § 661 -- Theft within special maritime and territorial jurisdiction (Class D Felony)
18 U.S.C. § 662 -- Receiving stolen property within special maritime and territorial jurisdiction (Class E Felony)
18 U.S.C. § 13, assimilating California Penal Code § 459 -- Second Degree Burglary (Class A Misdemeanor)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Count 1: Max 5 years custody; Max $250,000 fine; Max 3 years supervised release; $100 special assessment // Count 2: Max 3 years custody; Max $250,000 fine; Max 1 year supervised release; $100 special assessment // Count 3: Max 1 year custody; Max $100,000 fine, Max 1 year supervised release; $25 special assess.

--- DEFENDANT - U.S ---

Rudy William Wyatt

DISTRICT COURT NUMBER

CR 16   0133

MMC

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   WILLIAM J. EDELMAN

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on any charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    } give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1    BRIAN J. STRETCH (CABN 163973)
     Acting United States Attorney
2

3

4

5

6

7
                         UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO DIVISION
10

11                                                     CR16      0133
                                           )     CASE NO.
12   UNITED STATES OF AMERICA,             )
                                           )
13          Plaintiff,                     )     VIOLATIONS: 18 U.S.C. § 661 – Theft Within
                                           )     Special Maritime and Territorial Jurisdiction (Class D
14   v.                                    )     Felony); 18 U.S.C. § 662 – Receiving Stolen Property
                                           )     Within Special Maritime and Territorial Jurisdiction
15   RUDY WILLIAM WYATT,                   )     (Class E Felony); 18 U.S.C. § 13, assimilating
                                           )     California Penal Code § 459 – Second Degree
16          Defendant.                     )     Burglary (Class A Misdemeanor)
                                           )
17                                         )
                                           )
18   _____)     SAN FRANCISCO VENUE

19

20                                I N D I C T M E N T

21   The Grand Jury charges:

22   COUNT ONE: (18 U.S.C. § 661 – Theft Within Special Maritime and Territorial Jurisdiction)

23          On or about July 19, 2015, in the Northern District of California, and within the special maritime

24   and territorial jurisdiction of the United States, that is, the Presidio of San Francisco, the defendant,

25                                RUDY WILLIAM WYATT,

26   did knowingly and unlawfully take and carry away, with intent to steal and purloin, two bicycles valued

27   at approximately $7,100 total, property of the Sports Basement retail store, in violation of Title 18,

28
     INDICTMENT

1 | United States Code, Section 661, a Class D Felony.

2 | COUNT TWO: (18 U.S.C. § 662 – Receiving Stolen Property Within Special Maritime and Territorial
3 | Jurisdiction)

4 |      On or about July 22, 2015, in the Northern District of California, and within the special maritime
5 | and territorial jurisdiction of the United States, that is, the Presidio of San Francisco, the defendant,

6 | RUDY WILLIAM WYATT,

7 | did knowingly and unlawfully receive goods which had been feloniously taken and stolen, to wit: two
8 | bicycles valued at approximately $7,100 total, knowing the same two bicycles to have been so taken and
9 | stolen, in violation of Title 18, United States Code, Section 662, a Class E Felony.

10 | COUNT THREE: (18 U.S.C. § 13, assimilating California Penal Code § 459 – Second Degree Burglary)
11 |      On or about July 19, 2015, in the Northern District of California, and within the special maritime
12 | and territorial jurisdiction of the United States, that is, the Presidio of San Francisco, the defendant,

13 | RUDY WILLIAM WYATT,

14 | did knowingly and unlawfully enter into a store, to wit: the Sports Basement in the Presidio, with the
15 | intent to commit grand and petit larceny, in violation of Title 18, United States Code, Section 13,
16 | assimilating California Penal Code Section 459, a Class A Misdemeanor.

17 |

18 | DATED:  3|29|16                  A TRUE BILL.

19 |

20 |

21 |                              FOREPERSON

22 | BRIAN J. STRETCH
| Acting United States Attorney
23 |

24 |
| DANIEL KALEBA
25 | Chief, General Crimes Section
26 |

27 | (Approved as to form: _____)
|         SAUSA WILLIAM J. EDELMAN
28 |
| INDICTMENT